ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of --                              )
                                          )
RLC Electronics, Inc.                     )        ASBCA No. 59606
                                          )
Under Contract Nos. SPM4A6-13-C-0005      )
                    SPM4A6-13-M-0542      )

APPEARANCE FOR THE APPELLANT:             Alan M. Lestz, Esq.
                                           Witte & Lestz, P.C.
                                           Armonk, NY

APPEARANCES FOR THE GOVERNMENT:           Daniel K. Poling, Esq.
                                           DLA Chief Trial Attorney
                                          Edward R. Murray, Esq.
                                          Elan D. Taylor, Esq.
                                           Trial Attorneys
                                           DLA Aviation
                                           Richmond, VA

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 22 April 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals


I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59606, Appeal of RLC Electronics, Inc., rendered in conformance with the Board's Charter.

Dated:


JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals